IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| JANAY WILLIAMS ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO.:  3:13-cv-60-CAR |
| BULLOCK-SCOTT RESTAURANT ) | |
| GROUP OF GEORGIA L.L.C. and ) | |
| ROBERT ALLEN SORSDAHL, ) | |
| ) | |
| Defendants. ) | JURY TRIAL REQUESTED |
| _____ | |

## **NOTICE OF DISMISSAL WITH PREJUDICE**

COME NOW, Plaintiff Janay Williams and Defendants Bullock-Scott Restaurant Group and Robert Allen Sorsdahl, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulating dismissal of all causes of action in the complaint against Defendants with prejudice.

Respectfully submitted, this 31st day of January, 2014.

SIGNATURES ON FOLLOWING PAGE

1

/s/Paul J. Sharman
Paul J. Sharman
Georgia Bar No. 227207
THE SHARMAN LAW FIRM, LLC
Attorney for Plaintiffs
11175 Cicero Dr., Suite 100
Alpharetta, Georgia 30022
(678) 696-1789
paul@sharman-law.com

Attorney for Plaintiff

/s/Michael Daniel
Michael C. Daniel
Georgia Bar No. 204237
Prior, Daniel & Wiltshire LLC
490 N. Milledge Ave.
Athens, Georgia 30601
(706) 543-000

Attorney for Defendant Robert Allen Sorsdahl

/s/Ted Boehm
Tillman Y. Coffey
Georgia Bar No. 173070
Edward N. Boehm, Jr.
Fisher & Phillips LLP
1075 Peachtree Street NE, Suite 3500
Atlanta, Georgia  30309
Telephone:  404-231-1400
Facsimile:   404-240-4249
tcoffey@laborlawyers.com
tboehm@laborlawyers.com

Kevin S. Simon
*Pro Hac Vice motion filed*
Fisher & Phillips LLP
10 South Wacker Drive, Suite 3450
Chicago, IL  60603
Telephone: 312-346-8016
Facsimile:  312-346-3179
ksimon@laborlawyers.com

Attorneys for Defendant Bullock Scott Restaurant Group of Georgia, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| JANAY WILLIAMS ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO.: 3:13-cv-60-CAR |
| BULLOCK-SCOTT RESTAURANT ) | |
| GROUP OF GEORGIA L.L.C. and ) | |
| ROBERT ALLEN SORSDAHL, ) | |
| ) | |
| Defendants. ) | JURY TRIAL REQUESTED |
| _____ | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2014, the undersigned electronically filed this

NOTICE OF DISMISSAL OF COMPLAINT WITH PREJUDICE with the Clerk of

Court using the CM/ECF system which notified all counsel of record.

/s/ Paul J. Sharman
PAUL J. SHARMAN
Georgia State Bar No. 227207
The Sharman Law Firm LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
Phone: (678) 242-5297
Fax: (678) 802-2129
Email: paul@sharman-law.com

Counsel for Plaintiff